# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD SCHEXNAYDER

NO. 2021 KW 0990

**NOVEMBER 5, 2021**

---

In Re:   Ronald Schexnayder, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 77-95C.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT